■ CATHERINE F. BEAUDET, Respondent, v. PETER J. BEAUDET, Appellant.

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.